PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      alexander_silvert@fd.org

Attorney for Defendant
HARRISON CHAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>HARRISON CHAI,<br><br>             Defendant. | ) Cr. No.  02-00287 SOM<br>)<br>) STIPULATION AND ORDER<br>) REDUCING SENTENCE<br>) PURSUANT TO NEW<br>) SENTENCING GUIDELINE<br>) AMENDMENT<br>)<br>)<br>) |

**STIPULATION AND ORDER REDUCING SENTENCE**
**PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that, pursuant to 18 U.S.C. § 3582(c), the defendant's sentence of 94 months incarceration imposed on September 15, 2003, is reduced to 70 months

incarceration.  All other provisions of the sentence imposed on September 15, 2003, remain unaltered.

The defendant, HARRISON CHAI, is currently serving a term of imprisonment for an offense involving cocaine base (crack).  Mr. Chai was contacted, by phone and in writing, by defense counsel regarding the possible application of the new sentencing guideline amendment to his case.  Mr. Chai has stated that he wishes counsel to proceed in this matter and does not wish to be brought back to Hawaii for purposes of a resentencing hearing.

Mr. Chai was sentenced by this Court on September 15, 2003, to a term of 94 months imprisonment.  His guideline range was 84-105 months, based on a total offense level of 23 and a criminal history category of V.

The sentencing guideline range Mr. Chai was sentenced under was subsequently lowered by the United States Sentencing Commission on November 1, 2007.  See U.S.S.G. Appendix C, Amdt. 706.  The amendment was made retroactive.  See Amendment 706.

The new amendment changes Mr. Chai's base offense level to 26 and, with the application of other specific offense characteristics and adjustments as contained in the original Presentence Investigation Report (reductions for minimal role and for acceptance of responsibility), the new total offense level is 21 with the

criminal history category remaining at V. This results in a new guideline range of 70-87 months.

The parties agree that Mr. Chai is eligible for a reduction of his sentence by retroactive application of Amendment 706 pursuant to § 3582(c) and U.S.S.G. policy statement § 1B1.10. The parties agree that Mr. Chai's new sentence of incarceration should be 70 months.[1]

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, March 28, 2008.

   /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
HARRISON CHAI


   /s/ Florence T. Nakakuni
FLORENCE T. NAKAKUNI
Attorney for Plaintiff
UNITED STATES OF AMERICA

---

[1] Mr. Chai has successfully completed a BoP drug treatment program while incarcerated.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; April 2, 2008.



       /s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

UNITED STATES v. HARRISON CHAI
Cr. No. 02-00287 SOM
STIPULATION AND ORDER REDUCING SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT