AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  Cr. 02-00287 SOM |
| Harrison Chai | ) | USM No: 89164-022 |
| Date of Previous Judgment: September 19, 2003 | ) | Alexander Silvert |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding ~~Motion~~ for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon ~~motion of~~ ⬚ the defendant ⬚ the Director of the Bureau of Prisons ⬚ the court under 18 U.S.C. [above "motion of": stipulation] § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), ~~and~~ having considered such motion, [above: the court]

**IT IS ORDERED** that ~~the motion is~~:

⬚ ~~DENIED.~~   ⬚ ~~GRANTED and the~~ defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   94 months   months **is reduced to**   70 months   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 23 | Amended Offense Level: 21 | |
| Criminal History Category: V | Criminal History Category: V | |
| Previous Guideline Range: 84 to 105 months | Amended Guideline Range: 70 to 87 months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

⬚ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

⬚ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   09/19/2003   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   APR 0 2 2008

Judge's signature

Effective Date: _____
(if different from order date)

Susan Oki Mollway, United States District Judge
Printed name and title