## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 04-02-2008 | 03:58:18 p.m. | Transmit Header Text | |
| Local ID 1 | 808 541 1303 | | Local Name 1 | U.S. DISTRICT COURT |
| Local ID 2 | | | Local Name 2 | |

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

## FACSIMILE COVER SHEET



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Voice Contact Number (808) 541-1305
Fax Number (808) 541-1303

United States Courthouse PJKK Bldg.
300 Ala Moana Blvd Rm C-338
Honolulu, Hawaii 96850

| | |
|---|---|
| TO: | DSCC - TEAM OSCAR |
| FAX NO: | 972 595-3152 |
| FROM: | E. Taniguchi |
| DATE SENT: | 4/2/08 |

Number of pages including cover sheet  8

CR 02-00287 SOM/ USA vs. Harrison Chai
"Stipulation and Order Reducing Sentence to New Sentencing
Guideline Amendment", filed 4/2/08

CONFIDENTIALITY NOTE:
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or if you have received this facsimile in error, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You..

Total Pages Scanned : 8     Total Pages Confirmed : 8

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 020 | 9725953152 | 03:55:05 p.m. 04-02-2008 | 00:02:16 | 8/8 | 1 | EC | HS | CP12000 |

Abbreviations:
HS: Host send          PL: Polled local          MP: Mailbox print     TU: Terminated by user
HR: Host receive       PR: Polled remote         CP: Completed         TS: Terminated by system     G3: Group 3
WS: Waiting send       MS: Mailbox save          FA: Fail              RP: Report                   EC: Error Correct